COM.

v.

**PAGE, A.**

**2356 EDA 2016**

Superior Court of Pennsylvania.

04/18/2017

CP–46–CR–0021037–1986 (Montgomery)

Affirmed.

COM.

v.

**OAKES, D.**

**2927 EDA 2016**

Superior Court of Pennsylvania.

04/18/2017

CP–15–CR–0002511–2011 (Chester)

Affirmed.

COM.

v.

**GARRETT, I.**

**155 MDA 2016**

Superior Court of Pennsylvania.

04/18/2017

CP–40–CR–0000760–2011 (Luzerne)

Affirmed

COM.

v.

**LAUVER, B.**

**1228 MDA 2016**

Superior Court of Pennsylvania.

04/18/2017

CP–50–CR–0000006–2013, CP–50–CR–0000042–2013, CP–50–CR–0000186–2011, CP–50–CR–0000187–2011, CP–50–CR–0000407–2009, CP–50–CR–0000409–2009 (Perry)

Vacated/Remanded.

**LEEPER, R.**

v.

**QUEER, W.**

**54 WDA 2016**

Superior Court of Pennsylvania.

Filed 04/18/2017

No. 644 Civil 2013 (Somerset)

Affirmed